No. 02–1205. JONES ET AL., ON BEHALF OF HERSELF AND A CLASS OF OTHERS SIMILARLY SITUATED *v.* R. R. DONNELLEY & SONS CO. C. A. 7th Cir. [Certiorari granted, 538 U. S. 1030.]

Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.